```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 52360
   WALLACE JOHNSON
   DORA B JOHNSON                                CHAPTER 13

                                                 JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-1644     SSN XXX-XX-8777
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/13/05 and confirmed on 02/28/06.

   2.  The case was dismissed after confirmation, 03/07/2008.

   3.  The Debtor paid a total of $ 24400.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 10915.00 | 917.69 | 10915.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9567.86 | 344.44 | 1663.47 |
| CAPITAL ONE BANK | UNSECURED | 2830.33 | 101.59 | 492.09 |
| CAPITAL ONE BANK | UNSECURED | 1335.40 | 48.07 | 232.18 |
| CAPITAL ONE BANK | UNSECURED | 1100.96 | 39.52 | 191.41 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9392.90 | 337.03 | 1633.06 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| HEARTLAND CARDIOVASCULAR | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7622.01 | 273.61 | 1325.18 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2221.57 | 77.15 | 386.25 |
| ILLINOIS RETINA ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET ONCOLOGY HEMATOLO | UNSECURED | 100.74 | 3.64 | 13.28 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1879.96 | 67.39 | 326.85 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | 4167.72 | 149.85 | 724.59 |
| CAPITAL ONE BANK | UNSECURED | 381.24 | 13.15 | 66.28 |
| EVERGREEN OAK ELECTRIC S | UNSECURED | 1162.43 | 39.87 | 202.10 |
| ASSET ACCEPTANCE CORP | UNSECURED | 194.04 | 6.65 | 33.72 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| B LINE LLC | UNSECURED | 408.66 | 13.99 | 71.05 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1909.48 | 65.40 | 331.98 |

          Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10915.00 | .00 | 44275.30 | .00 | 55190.30 |

```
PRINCIPAL PAID         10915.00           .00      7693.49           .00     18608.49
INTEREST PAID            917.69           .00      1581.35           .00      2499.04
TOTAL PAID             11832.69           .00      9274.84           .00     21107.53
```

The Debtor's attorney, RONALD D CUMMINGS            , was allowed $   2700.00
and was paid $    306.00   direct and $   2394.00   through the plan.

The Trustee received $    898.47 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 06/23/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE